Cite as 2024 Ark. 47

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE ARKANSAS ACCESS TO JUSTICE COMMISSION BOARD AND ARKANSAS ACCESS TO JUSTICE FOUNDATION | **Opinion Delivered:** April 4, 2024 |

## PER CURIAM

University of Arkansas School of Law Professor Amelia McGowan is appointed to the Arkansas Access to Justice Commission Board for a two-year term that commences on April 30, 2024. Professor McGowan replaces Professor Tiffany Murphy, who has stepped down. The court wishes to thank Professor Murphy for her service.

Arkansas Supreme Court Clerk Kyle Burton is reappointed to the Arkansas Access to Justice Foundation for a second term that will commence on April 30, 2024. The court thanks Mr. Burton for continuing to serve.